## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **ANTHONY ARON,** ) | **CASE NO. 4:03CV0070** |
| ) | |
| **PLAINTIFF** ) | **JUDGE PETER C. ECONOMUS** |
| ) | |
| **V.** ) | |
| ) | |
| **ROY L. MORRISON, et al.,** ) | **ORDER** |
| ) | |
| **DEFENDANTS** ) | |
| ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge James S. Gallas.  (Dkt. #19). The Magistrate Judge's report recommended that Plaintiff's case be dismissed for failure of service and for failure to state a claim upon which relief can be granted. (Dkt. #19).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service, but Plaintiff has failed to timely file any such objections.  Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources.  Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Gallas (Dkt. #19) is

hereby **ADOPTED**, and this case is **DISMISSED**.

        **IT IS SO ORDERED.**

        **/s/ Peter C. Economus -October 11, 2005**
        **PETER C. ECONOMUS**
        **UNITED STATES DISTRICT JUDGE**